No. 95–1966.  RUSSO ET AL. v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 95–1999.  NEBRASKA v. RYAN.  Sup. Ct. Neb.  Certiorari denied.

No. 95–2007.  CONSTRUCTION PRODUCTS RESEARCH, INC., ET AL. v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 95–2038.  MINCIELI v. BRUDER.  C. A. 11th Cir.  Certiorari denied.

No. 95–9123.  QUATREVINGT v. LOUISIANA.  Sup. Ct. La. Certiorari denied.

No. 95–9480.  GREEN v. FRANCO ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 96–20.  CARIBBEAN PETROLEUM CORP. v. COASTAL FUELS OF PUERTO RICO, INC.; and
No. 96–200.  COASTAL FUELS OF PUERTO RICO, INC. v. CARIBBEAN PETROLEUM CORP.  C. A. 1st Cir.  Certiorari denied.  Reported below: 79 F. 3d 182.

No. 96–25.  EDMONDS v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 96–43.  WILKINSON v. LEGAL SERVICES CORP. ET AL. C. A. D. C. Cir.  Certiorari denied.

No. 96–53.  PRICE ET AL. v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 96–70.  COLUMBIA MACHINE, INC. v. SCHNIDRIG.  C. A. 9th Cir.  Certiorari denied.

No. 96–73.  MALONEY v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 96–91.  CSX TRANSPORTATION, INC. v. WILSON.  C. A. 6th Cir.  Certiorari denied.

No. 96–93.  LEVITOFF ET AL. v. GLICKMAN, SECRETARY OF AGRICULTURE.  C. A. 9th Cir.  Certiorari denied.